UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| PRESIDIO ADVENTURES DEVELOPMENT I, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | 2:12-cv-01369-PMP-GWF |
| v. | ) ) | |
| COUNTRYWIDE FINANCIAL CORPORATION, et al., | ) ) ) | ORDER |
| Defendants. | ) ) ) | |

Presently before the Court is Defendants Countrywide Financial Corporation, Countrywide Bank, N.A., Countrywide Home Loans, Inc., Countrywide Home Loans Servicing L.P., Bank of America Corporation, Bank of America, N.A., BAC Home Loans Servicing, LP, ReconTrust Company, N.A., and Mortgage Electronic Registration Systems, Inc.'s ("Defendants") Motion to Dismiss (Doc. #20), filed on October 5, 2012. Plaintiffs Presidio Adventures Development I, Presidio Adventures Development II, Stephen Slatton, Brian Chavez, Julie V. Gutierrez, and Rudy Guzman ("Plaintiffs") filed a Response (Doc. #26) on November 2, 2012. Defendants filed a Reply (Doc. #27) on November 12, 2012. Plaintiffs filed a Surreply (Doc. #34) on December 6, 2012.

Also before the Court is Plaintiffs' Motion for Leave to Amend Complaint to Add Additional Parties and Modify Existing Claims (Doc. #38), filed on March 5, 2013. Defendants filed a Non-Opposition to Plaintiffs' Motion to Amend (Doc. #39) on March 22, 2013. Given that Defendants do not oppose Plaintiffs' Motion to Amend, the Court will grant Plaintiffs' Motion to Amend and deny Defendants' Motion to Dismiss as moot.

1  IT IS ORDERED that Plaintiffs Presidio Adventures Development I, Presidio Adventures Development II, Stephen Slatton, Brian Chavez, Julie V. Gutierrez, and Rudy Guzman's Motion for Leave to Amend Complaint to Add Additional Parties and Modify Existing Claims (Doc. #38) is hereby GRANTED.  The Clerk of Court shall detach and file Plaintiffs' First Amended Complaint.

IT IS FURTHER ORDERED that Defendants Countrywide Financial Corporation, Countrywide Bank, N.A., Countrywide Home Loans, Inc., Countrywide Home Loans Servicing L.P., Bank of America Corporation, Bank of America, N.A., BAC Home Loans Servicing, LP, ReconTrust Company, N.A., and Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss (Doc. #20) is hereby DENIED as moot.

DATED: March 22, 2013

_____
PHILIP M. PRO
United States District Judge