UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PRESIDIO ADVENTURES DEVELOPMENT I, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>Defendants. | 2:12-cv-01369-PMP-GWF<br><br>ORDER |

**IT IS ORDERED** that Plaintiffs' Motion to Strike Defendants' Motion to Dismiss (Doc. #48) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs shall have to and including **August 2, 2013** within which to file a Response to Defendants' Motion to Dismiss (Doc. #48).  Defendants shall thereafter have to and including **August 12, 2013** within which to file a Reply Memorandum.

DATED: July 9, 2013.

_____
PHILIP M. PRO
United States District Judge