UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PRESIDIO ADVENTURES DEVELOPMENT I, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>        Defendants. | 2:12-cv-01369-PMP-GWF<br><br>ORDER |

   IT IS ORDERED that the parties shall file a proposed joint pretrial order on or before June 13, 2014.

DATED: May 13, 2014

_____
PHILIP M. PRO
United States District Judge