# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRESIDIO ADVENTURES DEVELOPMENT I, LLC; *et al.*,<br><br>          Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>          Defendants. | Case No.  2:12-cv-01369-PMP-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  A status conference was held on May 19, 2014 and the Court ordered the parties to submit a proposed discovery plan and scheduling order on or before June 2, 2014.  To date, the parties have not complied.  Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **June 23, 2014** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 11th day of June, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge