UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PRESIDIO ADVENTURES DEVELOPMENT I, *et al.*,<br><br>           Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>           Defendants. | 2:12-cv-01369-PMP-GWF<br><br>ORDER |

In accord with the Scheduling Order (Doc. #76) entered June 24, 2014, discovery in this case is scheduled to close on March 20, 2015.  The Parties are required to file a Joint Pretrial Order on or before May 19, 2015.  Currently there are no pending motions. However, as a result of the undersigned's announced intention to retire from the bench effective January 16, 2015, reassignment of this case to a new judge is required.

**IT IS THEREFORE ORDERED** that this action is hereby referred to the Honorable Gloria M. Navarro, Chief United States District Judge, for purposes of random reassignment of this action to a new judge.

DATED: November 19, 2014.

PHILIP M. PRO
United States District Judge